IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VONNIE HOFER, Independent Administrator of the Estate of Arthur Hofer, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 09-980-JPG-CJP |
| WROPHAS MEEKS, M.D., LOGAN PARK IMAGING, LLC, SI RADIOLOGY ASSOCIATES, LLC, and CHIRAG DAVE, M.D. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Come now the United States of America and defendants Wrophas Meeks, M.D., and Chirag Dave, M.D., by their attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and James M. Hipkiss, Assistant United States Attorney, and for their notice of removal pursuant to 28 U.S.C. § 2679(d)(2), state as follows:

1.  Defendant Wrophas Meeks, M.D., and Chirag Dave, M.D., are defendants in a civil action now pending. A copy of the summons and complaint is attached as Exhibit A.

2.  In the complaint, plaintiff alleges that defendants Wrophas Meeks, M.D., and Chirag Dave, M.D., committed medical negligence.

3.  This action is removable pursuant to 28 U.S.C. § 2679(d)(2). Defendants Wrophas Meeks, M.D., and Chirag Dave, M.D., were at all relevant times acting within the scope of their employment for the United States of America, Department of Veterans Affairs. Pursuant to 28 U.S.C. § 2679(d)(2), the Attorney General, through the United States Attorney, has certified that

defendants Wrophas Meeks, M.D., and Chirag Dave, M.D., were acting within the scope of their office or employment with the United States of America, Department of Veterans Affairs, at the time the claim arose.  See Exhibit B.

    4.  Upon certification, any civil proceeding in a state court shall be removed to the United States District Court, and such action shall be deemed to be against the United States as a substituted party.  28 U.S.C. § 2679(d)(2).  Therefore, upon the certification, the case is removable.

    5.   Copies of the notice of removal are being served upon the plaintiff and the Office of the Clerk of the Circuit Court of the Fourth judicial Circuit, Williamson County, Illinois.

    WHEREFORE, the United States of America and defendants Wrophas Meeks, M.D., and Chirag Dave, M.D., respectfully remove this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 2679(d)(2).

    Respectfully submitted,

    A. COURTNEY COX
    United States Attorney


    /s/ *James M. Hipkiss*
    JAMES M. HIPKISS
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    Phone:   (618) 628-3700
    FAX:     (618) 622-3810
    E-mail:  Jim.Hipkiss@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VONNIE HOFER, Independent Administrator of the Estate of Arthur Hofer, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No.  09-980-JPG-CJP |
| WROPHAS MEEKS, M.D., LOGAN PARK IMAGING, LLC, SI RADIOLOGY ASSOCIATES, LLC, and CHIRAG DAVE, M.D. | ) ) ) ) ) | |
| Defendants. | ) | |

**Certificate of Service**

  I hereby certify that on November 23, 2009, I electronically filed **Notice of Removal** with the Clerk of Court using the CM/ECF system.  Copies were mailed to the following:

| | |
|---|---|
| Honorable Stuart Hall<br>Circuit Clerk<br>Williamson County Courthouse<br>200 West Jefferson Street<br>Marion, IL 62959 | Alan G. Pirtle<br>Becker, Paulson, Hoerner &<br> Thompson, P.C.<br>5111 West Main St.<br>Belleville, IL 62226<br>Attorney for Plaintiff |

Respectfully submitted,

A. COURTNEY COX
United States Attorney


**/s/** ***James M. Hipkiss***
JAMES M. HIPKISS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone: (618) 628-3700
Fax:  (618) 622-3810
E-mail: Jim.Hipkiss@usdoj.gov