UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VONNIE HOFER, Independent Administrator of
the Estate of Arthur Hofer, Deceased,

        Plaintiff,

    v.

WROPHAS MEEKS, M.D., LOGAN PARK
IMAGING, LLC, SI RADIOLOGY
ASSOCIATES, LLC, and CHIRAG DAVE, M.D.,

        Defendants.

Case No. 09-cv-980-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Voluntarily Dismiss (Doc. 3), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Vonnie Hofer.  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  December 7, 2009**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**