UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VONNIE HOFER, Independent Administrator of the Estate of Arthur Hofer, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>WROPHAS MEEKS, M.D., LOGAN PARK IMAGING, LLC, SI RADIOLOGY ASSOCIATES, LLC, and CHIRAG DAVE, M.D.,<br><br>    Defendants. | Case No. 09-cv-980-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

                                                **NANCY J. ROSENSTENGEL, Clerk of Court**

Dated:  December 7, 2009                       s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**